UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES R. WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08-CV-866 JCH |
| ) | |
| DON ROPER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court upon the application of James R. Walker for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. See 28 U.S.C. § 1915.

Dated this 25th day of June, 2008.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**